UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| ANDRA C. CRABTREE (deceased), by KENNETH A. CRABTREE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE BARNHART, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. ) | Civil No. 4:05cv76 |

**MEMORANDUM , ORDER AND OPINION**

This matter is before the Court on the Defendant's Motion to Remand the case for further action pursuant to 42 U.S.C. § 405(g).  The Defendant indicated that the Social Security Administration's Appeals Council has found the administrative record for plaintiff's disability claim to be incomplete because certain evidence was not entered into the record.  The defendant further indicated that the plaintiff has no objection to this motion.  Therefore, the Defendant's Motion to Remand is **GRANTED**.  This case is remanded to the Commissioner for further action pursuant to 42 U.S.C. § 405(g).

**SO ORDERED.**

Date: December 12, 2005                                 S/ ALLEN SHARP
                                                                   **ALLEN SHARP, JUDGE**
                                                                   **UNITED STATES DISTRICT COURT**